IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) ) ) ) | AUG 14 2000 |
| ) MDL 875 ) | |
| This Document Relates to United States District Court for the Maryland ) ) ) ) | HAR 88-3177 |
| (See Attachment A) ) ) ) | |

AND NOW, this _31st_ day of _July_, 2000, FIBREBOARD CORPORATION is hereby dismissed without prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: _7/31/00_

_____
Charles R. Weiner

CONLIB1 JC6 47145 01(10DL01 DOC)